IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JIMMY D. STEVENS                                                                                          PLAINTIFF

v.                                              Civil No. 3:13-cv-03109

ROGER VICKERS (Marion
County Sheriff)                                                                                              DEFENDANT

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff, Jimmy D. Stevens, pursuant to 42 U.S.C. § 1983.  Plaintiff is currently incarcerated in the Washington County Jail, Fayetteville, Arkansas.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Currently before the Court is Plaintiff's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41.  After careful consideration, I make the following Report and Recommendation.

**I.     BACKGROUND**

Plaintiff filed this Complaint on December 4, 2013.  ECF No. 1. Defendant was served on October 3, 2014.  ECF No. 43.  Plaintiff filed a Motion to Dismiss on March 17, 2015 and again on April 7, 2015.  ECF No. 53, 54.  Defendant filed a Response on April 10, 2015.  Defendant stated he had no objection to Plaintiff's request for voluntary dismissal.  ECF No. 55.

**II.    DISCUSSION**

Under Federal Rule of Civil Procedure 41(a)(2), a Plaintiff's request for dismissal after a Defendant's Answer has been served requires a court order.  The dismissal may granted "on terms that the court considers proper."  "When deciding whether to exercise its discretion to allow a voluntary dismissal, the district court should consider whether the party has presented a proper explanation for its desire to dismiss; whether a dismissal would result in a waste of judicial time and effort; and whether a dismissal will prejudice the defendants." *Mullen v. Heinkel Filtering Sys., Inc.*, 770 F.3d 724, 728 (8th Cir. 2014) (quoting *Donner v. Alcoa, Inc.* 709 F.3d 694, 697 (8th Cir 2013.)(internal quotations omitted).

In this case, Plaintiff requested the dismissal after receiving additional information about the case from Marion County defense counsel.  ECF No. 53.  Defendant stated he does not object to the dismissal.  ECF No. 55.  Thus, the Plaintiff has provided a proper reason for dismissal, and the Defendant does not appear to consider himself prejudiced by dismissal.  Nor does it appear that granting the dismissal will result in a waste of judicial time and effort. It is therefore appropriate to grant Plaintiff's Motion for Dismissal

II.   **CONCLUSION**

For the foregoing reasons, I recommend Plaintiff's  Motions for Dismissal (ECF No. 53,  54) be **GRANTED** and Plaintiff's Complaint be dismissed without prejudice pursuant to the PLRA.  42 U.S. C. § 1997e(a).

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

      **DATED this 8th day of May 2015.**

                              /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              CHIEF UNITED STATES MAGISTRATE JUDGE