IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JIMMY D. STEVENS                                                                            PLAINTIFF

v.                                    Case No. 3:13-CV-03109

ROGER VICKERS, Marion County Sheriff                            DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 56) of the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The Magistrate recommends granting Plaintiff Jimmy D. Stevens' twin Motions to Dismiss (Docs. 53, 54), both of which ask that the case be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant does not oppose the voluntary dismissal, and Stevens filed two Responses (Docs. 57, 58) that confirm he has no objection to the Report and Recommendation.

Accordingly, the Report and Recommendation (Doc. 56) is **ADOPTED**, Plaintiff's Motions to Dismiss (Docs. 53, 54) are **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2).

**IT IS SO ORDERED** this 13th day of July, 2015.

                                                    /s/ Timothy L. Brooks
                                                    TIMOTHY L. BROOKS
                                                    UNITED STATES DISTRICT JUDGE